# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jose A. Villegas

                                             Plaintiff,

v.                                                                    Case No.: 1:18−cv−03440

                                                                                          Honorable Mary M. Rowland

Bacci Cafe & Pizzeria on Milwaukee Ave., Inc., et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulated dismissal [Dkt. 39] and Rule 41(a)(1)(A)(ii), this action is dismissed without prejudice. The Court grants leave to reinstate the case for purposes of enforcing the Settlement Agreement until 9/15/20. If no motion to reinstate is filed by 9/15/20, the dismissal will automatically convert to a dismissal with prejudice. Status hearing set for 4/2/19 at 9:30 a.m. is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.